# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NOS. 3:04-CR-114-S |
| § | 3:19-CR-202-S |
| § | |
| ALPHONZO DRAWHORN § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the report of the psychological evaluation of Defendant Alphonso Drawhorn submitted by the Bureau of Prisons, which is dated September 27, 2019, and was filed on October 4, 2019 ("Report"), Doc. 15. On October 11, 2019, pursuant to this Court's referral, U.S. Magistrate Judge Renée Harris Toliver held a competency hearing regarding the Report, at which Defendant Salazar offered no objection to the report, no evidence, and no argument.

No objections have been filed by the Government or Defendant, thus, the Court has reviewed the Magistrate Judge's proposed findings and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings and Recommendation of the United States Magistrate Judge.

It is **ORDERED** that the findings in the Report, Doc. 15, regarding competency, are hereby adopted. Therefore, the Court finds that Defendant Alphonzo Drawhorn is competent to proceed to the adjudication of the allegations that he violated his conditions of supervised release.

**SO ORDERED**, this 30th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE